Fill in this information to identify the case:

Debtor 1: Jaqueline Martinez

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Northern District of Illinois (State)

Case number: 20-04803

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** PNC Bank, National Association

**Court claim no.** (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account: 9 5 9 7

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: _____

## Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | 08/17/2020 (PPFN) | (3) | $ 100.00 |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 03/10/2020 (Plan Review) | (5) | $ 300.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify: _____ | | (10) | $ _____ |
| 11. Other. Specify: Bankruptcy/Prood of Claim Fees | 04/22/2020 (POC) | (11) | $ 350.00 |
| 12. Other. Specify: _____ | | (12) | $ _____ |
| 13. Other. Specify: _____ | | (13) | $ _____ |
| 14. Other. Specify: _____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2      Notice of Postpetition Mortgage Fees, Expenses, and Charges      page 1

Debtor 1  **Jaqueline Martinez**
First Name   Middle Name   Last Name

Case number (*if known*) 20-04803

**Part 2:  Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ *Cheryl Considine*
Signature

Date 08/17/2020

Print: Cheryl   Considine
First Name   Middle Name   Last Name

Title Attorney

Company Heavner, Beyers & Mihlar, LLC

Address P.O. Box 740
Number   Street

Decatur   IL   62525
City   State   ZIP Code

Contact phone (217) 422-1719

Email bkdept@hsbattys.com

Official Form 410S2   Notice of Postpetition Mortgage Fees, Expenses, and Charges   page **2**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In Re: | Case No. 20-04803 |
|---|---|
| Jaqueline Martinez, | Chapter 13 |
| Debtor. | Honorable LaShonda A. Hunt |

### CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that I served a copy of the Notice of Postpetition Mortgage Fees, Expenses, and Charges filed on August 17, 2020, upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on August 17, 2020, and as to the Debtor by mailing same in a properly addressed envelope, postage prepaid by depositing said envelope in a U. S. Post Office Mail Box, Decatur, Illinois 62523 before the hour of 5:00 p.m. on the 17th day of August, 2020.

**Service by Mail:**

Jaqueline Martinez
220A Hillcrest Avenue
Yorkville, IL 60506

**Service by Electronic Notice through ECF:**

| David M Siegel | Glenn B. Stearns | Patrick S. Layng |
|---|---|---|
| David M. Siegel & Associates | 801 Warrenville Road, Suite 650 | United States Trustee (Region 11) |
| 790 Chaddick Drive | Lisle, IL 60532 | 219 S. Dearborn Street |
| Wheeling, IL 60090 | | Room 873 |
| | | Chicago, IL 60604 |

*Cheryl Considine*
Cheryl Considine

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
AMANDA J. WIESE (#6320552)
CHERYL CONSIDINE (#6242779)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Email: bkdept@hsbattys.com
Telephone: (217) 422-1719
Facsimile: (217) 422-1754